MALACHI FARRELL, Appellant, *v.* CITY OF MIDDLETOWN, Respondent.

(Submitted February 9, 1903; decided February 17, 1903.)

Motion for reargument denied, without costs. (See 172 N. Y. 666.)

---

GEORGE L. WILCOX, Appellant, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

(Submitted February 9, 1903; decided February 17, 1903.)

Motion for reargument denied, with ten dollars costs. (See 173 N. Y. 50.)

---

OCTAVIUS O. COTTLE et al., Appellants, *v.* THE COUNTY OF ERIE et al., Respondents.

(Submitted February 9, 1903; decided February 17, 1903.)

Motion for reargument denied, with ten dollars costs. (See 173 N. Y. 591.)